FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL - 3 2001

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ENELF, LLC | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:01 CV 100 |
| v. | § | |
| | § | Honorable Paul Brown |
| MICROSOFT CORPORATION, | § | |
| TEXAS INSTRUMENTS, INC., | § | |
| SUMMUS LIMITED, and | § | |
| AWARE, INC. | § | JURY DEMANDED |
| | § | |
| Defendants. | § | |

## REPLY BY ENELF, LLC TO COUNTERCLAIM OF TEXAS INSTRUMENTS, INC.

ENELF, LLC ("ENELF") replies to the enumerated paragraphs of the counterclaim of Defendant Texas Instruments, Inc., as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. ENELF realleges and incorporates herein by reference its replies to paragraphs 1 through 5.

7. Admitted.

8. Denied.

9. Admitted.

10. ENELF realleges and incorporates herein by reference its replies to paragraphs 1 through 9.

11. Denied.

12. Denied.

13. Admitted.

14. Denied.

Wherefore ENELF, LLC respectfully requests that the counterclaim of Defendant Texas Instruments, Inc. be dismissed with prejudice and that judgment be entered in favor of ENELF, LLC, together with an award of attorneys fees and costs.

## JURY DEMAND

Plaintiff ENELF, LLC demands a trial by jury on all issues in Texas Instruments, Inc.'s counterclaim triable to a jury.

Respectfully submitted,

By: /s/ Wayne Harding

Wayne M. Harding
Texas State Bar No. 08978500
BROBECK, PHLEGER & HARRISON LLP
4801 Plaza on the Lake
Austin, TX 78746
Telephone: (512) 330-4200
Facsimile: (512) 330-4001

Joseph W. Wolfe
Texas State Bar No. 21859000
Wolfe, Clark, Henderson & Tidwell, L.L.P.
123 Crockett Street, Suite 100
Sherman, TX 75090
Telephone: (903) 868-1933
Facsimile: (903) 892-2397

Counsel for Plaintiff, ENELF, LLC

Of Counsel:
Gary M. Hoffman
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 828-2228
Facsimile: (202) 887-0689

# CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Reply By ENELF, LLC To Counterclaim of Texas Instruments, Inc. was served on the following counsel for Defendant Texas Instruments, Inc. on the 28th day of June, 2001:

Via first class mail, postage prepaid:

Kenneth R. Adamo
Joseph L. McEntee
Mark C. Nelson
Jones, Day, Reavis & Pogue
2727 North Harwood Street
Dallas, Texas 75201-1515

and on co-defendants, via first class mail, postage prepaid, to:

**Counsel for Defendant Microsoft Corporation:**

Clyde M. Siebman
Siebman, Reynolds & Burg
421 N. Crockett
Sherman, TX 75090

Kristin L. Cleveland
Garth A. Winn
Klarquist Sparkman Campbell Leigh & Whinston LLP
One World Trade Center, Suite 1600,
121 S.W. Salmon Street
Portland, Oregon 97204

**Counsel for Defendant Aware, Inc.:**

Richard D. Rochford, Jr.
James D. Kole
Nixon Peabody LLP
Clinton Square
P.O. Box 31051
Rochester, NY 14603

Roy W. Hardin
Locke Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

AUSLIB1\WH1\126217.01(2P#1011.DOC)

**Counsel for Defendant Summus Limited:**

Rory J. Radding
Garland T. Stephens
Steven D. Underwood
Pennie & Edmonds LLP
1155 Avenue of the Americas
New York, New York 10036

J. Don Gordon
Hynds & Gordon, P.C.
500 N. Sam Rayburn Freeway, Suite 200
Sherman, TX 75092

_____ Carol Frith _____